UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CARLOS BRITO, Individually,

      Plaintiff,

vs.                                        Case No. 1:18-cv-2461-PAB-KMT

BE CHAM WONG, Individually, and
JENNA HUU WONG, Individually,

      Defendants.

_____

### STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

      Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| **/s/John P. Fuller** | **/s/Craig Chambers** |
| John P. Fuller, Esq. | Craig Chambers, Esq. |
| Fuller, Fuller & Associates, P.A. | Craig Chambers Law |
| 12000 Biscayne Blvd., Suite 502 | 7874 W. Friend Drive |
| North Miami, FL 33181 | Littleton, CO  80128 |
| Telephone: (305) 891-5199 | Telephone: (303) 972-2552 |
| Facsimile:  (305) 893-9505 | craig@craigchamberslaw.com |
| jpf@fullerfuller.com | *Attorneys for Defendant* |
| and | |
| Kara W. Edmunds, Esq. | |
| Edmunds Law Firm, PLLC | |
| 2280 Forest Avenue | |
| Boulder, CO  80304 | |
| Telephone:  (303) 953-0863 | |
| kara@kwelaw.com | |
| *Attorneys for Plaintiff* | |
| Date: **June 28, 2019** | Date: **June 28, 2019** |